# THE STATE OF TEXAS
# M A N D A T E

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**TO THE COUNTY COURT OF UPSHUR COUNTY, GREETING:**

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 30th day of October, 2014, the cause upon appeal to revise or reverse your judgment between

**TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant**

**NO. 12-14-00237-CV; Trial Court No. 14-CV-9287**

By *per curiam* opinion.

**MILTON WYLIE, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and the joint motion of the parties to dismiss the appeal herein for the reason that they have reached an agreement to compromise and settle their differences, and for this Court to render judgment effectuating the parties' settlement agreement. Having heard and considered said motion, this Court is of the opinion the same should be **granted**.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that judgment is hereby rendered effectuating the parties' settlement agreement and that this appeal be, and the same is, hereby **dismissed**; all costs on appeal are taxed against the party incurring them; and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 30th day of December, 2014.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk